IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 04-13536 (PJW) |
| DATATEC SYSTEMS, INC. and DATATEC INDUSTRIES, INC., | : | Jointly Administered |
| | : | |
| | : | Re: D.I. No. 409 |
| Debtors. | : | |

## NOTICE OF APPEAL

Technology Infrastructure Solutions, Inc., by and through its undersigned counsel, appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a) from the following order:

> Order Denying Motion of Technology Infrastructure Solutions, Inc. for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors, which was entered on the docket in the above-captioned bankruptcy case on or about October 25, 2005 as Docket Item No. 409 ("Order Denying Motion"), which is attached as Exhibit A.

In addition, Technology Infrastructure Solutions, Inc. intends to appeal the Order denying its motion to alter or amend the Order Denying Motion. The Bankruptcy Court has not yet entered the Order denying Technology Infrastructure Solutions, Inc.'s motion to alter or amend the Order Denying Motion. Accordingly, Technology Infrastructure Solutions, Inc. intends to amend this Notice of Appeal pursuant to Federal Rule of Bankruptcy Procedure 8002(b)(4) upon entry of that Order.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Party:**         Technology Infrastructure Solutions, Inc.

Counsel:

Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Claudia Z. Springer, Esquire
REED SMITH LLP
One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 241-7946
Facsimile: (215) 851-1420

Paul M. Singer, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

**Party:**         Datatec Systems, Inc. and Datatec Industries, Inc.

Counsel:

John H. Knight (No. 3848)
Jason M. Madron (No .4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Bruce Buechler, Esquire
Kimberly Goldberg, Esquire
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

**Party:**         Official Committee of Unsecured Creditors

Counsel:

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Dated: November 23, 2005  
    Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

    and

    Claudia Z. Springer, Esquire
    One Liberty Place
    Philadelphia, PA 19103
    Telephone: (215) 241-7946
    Facsimile: (215) 851-1420

    and

    Paul M. Singer, Esquire
    435 Sixth Avenue
    Pittsburgh, PA 15219
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063

    Counsel for Technology Infrastructure Solutions, Inc.