IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 04-13536 (PJW) |
| DATATEC SYSTEMS, INC. and DATATEC : | Jointly Administered |
| INDUSTRIES, INC., : | |
| : | Re: D.I. Nos. 409, 439 and 460 |
| Debtors. : | |

## AMENDED NOTICE OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8002(b)(4), Appellant, Technology Infrastructure Solutions, Inc., by and through its undersigned counsel, amends its notice of appeal (the "Notice of Appeal"; D.I. No. 439), to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a) from the following order:

> Order Denying Motion of Technology Infrastructure Solutions, Inc. for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors, which was entered on the docket in the above-captioned bankruptcy case on or about October 25, 2005 as Docket Item No. 409 (attached as Exhibit A).

As indicated in the prior Notice of Appeal, Technology Infrastructure Solutions, Inc. also appeals from the following order:

> Order Denying Motion Of Technology Infrastructure Solutions, Inc. For Alteration Or Amendment Of Judgment Pursuant To Fed. R. Civ. P. 59(e), As Incorporated By Fed. R. Bankr. P. 9023, which was entered on the docket in the above-captioned bankruptcy case on or about December 5, 2005 as Docket Item No. 460 (attached as Exhibit B).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:/

**Party:**        Technology Infrastructure Solutions, Inc.

Counsel:

Kurt F. Gwynne (No. 3951)  
REED SMITH LLP  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  

Claudia Z. Springer, Esquire  
REED SMITH LLP  
One Liberty Place  
Philadelphia, PA 19103  
Telephone: (215) 241-7946  
Facsimile: (215) 851-1420  

Paul M. Singer, Esquire  
REED SMITH LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 288-3131  
Facsimile: (412) 288-3063  

**Party:**        Datatec Systems, Inc. and Datatec Industries, Inc.

Counsel:

John H. Knight (No. 3848)  
Jason M. Madron (No. 4431)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  

Bruce Buechler, Esquire  
Kimberly Goldberg, Esquire  
LOWENSTEIN SANDLER PC  
65 Livingston Avenue  
Roseland, NJ 07068  
Telephone: (973) 597-2500  
Facsimile: (973) 597-2400  

**Party:**        Official Committee of Unsecured Creditors

Counsel:

Bonnie Glantz Fatell (No. 3809)  
David W. Carickhoff (No. 3715)  
BLANK ROME LLP  
Chase Manhattan Centre  
1201 Market Street, Suite 800  
Wilmington, DE 19801-4226  
Telephone: (302) 425-6400  
Facsimile: (302) 425-6464

Dated: December 6, 2005
    Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

and

Claudia Z. Springer, Esquire
One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 241-7946
Facsimile: (215) 851-1420

and

Paul M. Singer, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Counsel for Technology Infrastructure Solutions, Inc.