TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 04-13536

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Appeal:**

Order Entered on 11/23/2005 (1) Denying Motion of Technology Infrastructure Solutions, Inc. for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors and (2) Order Denying Technology Infrastructure Solutions, Inc.'s Motion to Alteration or Amendment of Judgment

**Parties:**   Technology Infrastructure Solutions, Inc. v. Datatec Systems, Inc.

<u>**Appellant Counsel:**</u>

Reed Smith, LLP
Kurt F. Gwynne
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500

-And-

Claudia Z. Springer, Esquire
One Liberty Place
Philadelphia, PA 19103
(215) 241-7946

-And-

Paul M. Singer, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131

**Appellee Counsel:**   John H. Knight
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
 (302) 651-7700

   -And-

Bruce Buechler, Esquire
Kimberly Goldberg, Esquire
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500