IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DATATEC SYSTEMS, INC. and | ) | Case No. 04-13536 (PJW) |
| DATATEC INDUSTRIES, INC., | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date: October 21, 2005 |
| | ) | |
| | ) | Related Docket # 388 |

## ORDER DENYING MOTION OF TECHNOLOGY INFRASTRUCTURE SOLUTIONS, INC. FOR AN ORDER ENFORCING ASSET PURCHASE AGREEMENT AND SALE ORDER AGAINST DEBTORS

Upon consideration of the Motion of Technology Infrastructure Solutions, Inc. ("TIS") for an Order Enforcing Asset Purchase Agreement and Sale Order (the "Motion") against the above-captioned debtors and debtors-in-possession Datatec Systems, Inc. and Datatec Industries, Inc. (the "Debtors"), and the joint opposition filed by the Debtors and the Official Committee of Unsecured Creditors, and the Court having conducted a hearing on the Motion on October 21, 2005 (the "Hearing"), for the reasons set forth by the Court on the record at the Hearing, it is

HEREBY ORDERED, that the Motion be, and hereby is, denied for the reasons set forth by the Court on the record at the Hearing.

Dated: October 2 5, 2005
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1-2937399-1