IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 04-13536 (PJW) |
| DATATEC SYSTEMS, INC. and DATATEC | : | Jointly Administered |
| INDUSTRIES, INC., | : | |
| | : | Re: Docket Nos. 409 and 460 |
| Debtors. | : | |

**APPELLANT TECHNOLOGY INFRASTRUCTURE SOLUTIONS, INC.'S
(I) DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
AND (II) STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL PURSUANT TO
FED.R.BANKR.P. 8006 AND LOCAL BANKRUPTCY RULE 8006-1**

Technology Infrastructure Solutions, Inc. ("TIS"), the Appellant, in accordance with Fed.R.Bankr.P. 8006, makes the following designation of items to be included in the record on appeal and a statement of the issues to be presented on appeal. Pursuant to Fed.R.Bankr.P. 8006 and Local Bankruptcy Rule 8006-1, TIS will provide to the Clerk of this Court a copy of the items designated below for inclusion in the record on appeal.

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

TIS' designation of items (including any exhibits thereto) to be included in the record on appeal is as follows:

1. [Notice of Filing of] Asset Purchase Agreement (D.I. 168);

2. Order Authorizing the Debtors (A) to Sell Substantially All of Their Assets Free and Clear of All Liens, Claims and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 218);

3. Technology Infrastructure Solutions, Inc.'s Motion for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors (D.I. 388);

4. Joint Objection of the Debtors and Debtors in Possession and the Official Committee of Unsecured Creditors to the Motion of Technology Infrastructure Solutions, Inc. for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors (D.I. 396);

5. Order Denying Motion of Technology Infrastructure Solutions, Inc. for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors (D.I. 409);

6. Transcript of October 21, 2005 Omnibus Hearing (D.I. 414);

Documents Concerning Motion to Alter or Amend

7. Motion of Technology Infrastructure Solutions, Inc. for Alteration or Amendment of Judgment Pursuant to Fed.R.Civ.P. 59(e), as Incorporated by Fed.R.Bankr.P. 9023 (D.I. 412);

8. Joint Objection of the Debtors and Debtors in Possession and the Official Committee of Unsecured Creditors to the Motion of Technology Infrastructure Solutions, Inc. for Alteration or Amendment of Judgment Pursuant to Fed.R.Civ.P. 59(e), as Incorporated by Fed.R.Bankr.P. 9023 (D.I. 420);

9. Motion of Technology Infrastructure Solutions, Inc. for Leave to File Reply in Support of Motion for Alteration or Amendment of Judgment Pursuant to Fed.R.Civ.P. 59(e), as Incorporated by Fed.R.Bankr.P. 9023 (D.I. 425);

10. Order Granting Motion of Technology Infrastructure Solutions, Inc. for Leave to File Reply in Support of Motion for Alteration or Amendment of Judgment Pursuant to Fed.R.Civ.P. 59(e), as Incorporated by Fed.R.Bankr.P. 9023 (D.I. 432);

11. Transcript of November 15, 2005 Hearing on Motion for Reconsideration of Order Denying Motion of Technology Infrastructure Solutions, Inc. for an Order Enforcing Asset Purchase Agreement and Sale Order Against Debtors (D.I. 434);

12. Reply in Support of Motion of Technology Infrastructure Solutions, Inc. for Alteration or Amendment of Judgment Pursuant to Fed.R.Civ.P. 59(e), as Incorporated by Fed.R.Bankr.P. 9023 (D.I. 455)

13. Order Denying the Motion of Technology Infrastructure Solutions, Inc. for Alteration or Amendment of Judgment Pursuant to Fed. R. Civ. P. 59(e), as Incorporated by Fed. R. Bankr. P. 9023 (D.I. 460);

Notice and Amended Notice of Appeal

14. Notice of Appeal (D.I. 439); and

15 Amended Notice of Appeal (D.I. 463).

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

TIS' statement of the issues to be presented on appeal is as follows:

1. Whether the bankruptcy court erred in concluding that the Asset Purchase Agreement ("APA") was unambiguous in providing that TIS did not purchase claims of Seller under insurance policy.

2. Whether the bankruptcy court erred in concluding that TIS did not purchase claims of Seller under the insurance policy because the underlying insurance contracts were not terminated prior to or at the closing of the sale under the APA and thus such claims did not exist as of the Closing Date.

3. Whether the bankruptcy court erred in interpreting the APA in a manner that rendered its provisions inconsistent, in conflict, or mere surplusage (and where the basis for its holding was not even asserted by the debtors or the creditors' committee).

4. Whether the bankruptcy court erred in interpreting the APA in a manner that did not give meaning to all of its provisions.

5. Whether the bankruptcy court erred in failing to conclude that TIS purchased claims of Seller under insurance policies (other than those specifically relating to the directors' and officers' liability policy, which were the only prepaid insurance premiums specifically excluded from the purchased assets) under the APA.

6. Whether the bankruptcy court erred in failing to grant the Motion of Technology Infrastructure Solutions, Inc. for Alteration or Amendment of Judgment Pursuant to Fed.R.Civ.P. 59(e), as Incorporated by Fed.R.Bankr.P. 9023.

Dated: December 6, 2005  Respectfully submitted,
Wilmington, Delaware

                                                REED SMITH LLP

                                    By: /s/ Kurt F. Gwynne
                                                Kurt F. Gwynne (No. 3951)
                                                J. Cory Falgowski (No. 4546)
                                                1201 Market Street, Suite 1500
                                                Wilmington, DE 19801
                                                Telephone: (302) 778-7500
                                                Facsimile: (302) 778-7575

                                                        and

                                                Claudia Z. Springer, Esquire
                                                One Liberty Place
                                                Philadelphia, PA 19103
                                                Telephone: (215) 241-7946
                                                Facsimile: (215) 851-1420

                                                        and

                                                Paul M. Singer, Esquire
                                                435 Sixth Avenue
                                                Pittsburgh, PA 15219
                                                Telephone: (412) 288-3131
                                                Facsimile: (412) 288-3063

                                                Counsel for Appellant,
                                                Technology Infrastructure
                                                Solutions, Inc.