IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| DATATEC SYSTEMS INC. et al., : | |
| : | Case No. 04-13536-PJW |
| Debtors. : | |
| : | |
| TECHNOLOGY INFRASTRUCTURE : | |
| SOLUTIONS INC., : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 05-882-JJF |
| : | |
| DATATEC SYSTEMS INC. and : | |
| DATATEC INDUSTRIES INC., : | |
| : | |
| Appellee. : | |

### O R D E R

WHEREAS, the above-captioned action was referred to mediation on January 5, 2006;

WHEREAS, there has been no docket activity in this action since it was referred to mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The parties to the above-captioned appeal shall file a joint status report no later than **Friday, October 13, 2006.**

2. If this appeal has not been resolved by the mediation process and briefing of the appeal is required, the parties' status letter shall include a stipulated proposed briefing schedule.

October 5, 2006
Date

UNITED STATES DISTRICT COURT