## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 04-13536 (BLS) |
| DATATEC SYSTEMS, INC. and DATATEC | : | Jointly Administered |
| INDUSTRIES, INC., | : | |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| TECHNOLOGY INFRASTRUCTURE | : | |
| SOLUTIONS, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-882-JJF |
| | : | |
| DATATEC SYSTEMS, INC. and DATATEC | : | |
| INDUSTRIES, INC., | : | |
| | : | |
| Appellees. | : | |

## JOINT STATUS REPORT

Technology Infrastructure Solutions, Inc. ("Appellant") and the liquidating trustee of the estates of Datatec Systems, Inc. and Datatec Industries, Inc. ("Appellee" and collectively with the Appellant, the "Parties"), by and through their undersigned counsel, file this Joint Status Report, and in furtherance thereof, state as follows:

      1.     The above-captioned action (the "Appeal") was referred to mediation on January 5, 2006.

      2.     After prolonged mediation and settlement efforts, the Parties have reached a settlement resolving the Appeal, which settlement is subject to bankruptcy court approval pursuant to Fed. R. Bankr. P. 9019 and the terms of the settlement agreement. The Appellee has filed a motion with the bankruptcy court seeking approval of such settlement. Should the

bankruptcy court approve the Parties' settlement, the Appellant shall dismiss the Appeal, as per the terms of the settlement agreement.

      3.     Due to the Parties' settlement and the potential for dismissal of the Appeal, the Parties respectfully represent that the submission of a proposed briefing schedule is unnecessary at this time.

Dated: October 17, 2006            REED SMITH LLP
       Wilmington, Delaware

                         By:   /s/ J. Cory Falgowski
                              Kurt F. Gwynne (No. 3951)
                              J. Cory Falgowski (No. 4546)
                              1201 Market Street, Suite 1500
                              Wilmington, DE  19801-1163
                              Telephone:  (302) 778-7550
                              Facsimile:   (302) 778-7575

                              Attorneys for Technology Infrastructure
                              Solutions, Inc.

Dated:  October 17, 2006            BLANK ROME LLP
       Wilmington, Delaware

                         By:   /s/ David W. Carickhoff, Jr.
                              Bonnie Glantz Fatell (No. 3809)
                              David W. Carickhoff, Jr. (No. 3715)
                              Chase Manhattan Centre
                              1201 Market Street, Suite 800
                              Wilmington, DE  19801
                              Telephone:  (302) 425-6400
                              Facsimile:   (302) 425-6464

                              Attorneys for the Liquidating Trustee of the Estates
                              of Datatec Systems, Inc. and Datatec Industries, Inc.