IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DATATEC SYSTEMS, INC. and DATATEC INDUSTRIES, INC.,<br><br>           Debtors. | Chapter 11<br>Case No. 04-13536 (BLS)<br>Jointly Administered |
| TECHNOLOGY INFRASTRUCTURE SOLUTIONS, INC.,<br><br>           Appellant,<br><br>v.<br><br>DATATEC SYSTEMS, INC. and DATATEC INDUSTRIES, INC.,<br><br>           Appellees. | Civil Action No. 05-882-JJF |

## STIPULATION OF DISMISSAL

AND NOW this 21st day of November 2006, Technology Infrastructure Solutions, Inc. (the "Appellant") and the liquidating trustee for the estates of Datatec Systems, Inc. and Datatec Industries, Inc. (the "Appellee") hereby stipulate and agree as follows:

1. The Appellant and Appellee have amicably resolved their disputes.

2. Federal Rule of Bankruptcy Procedure 8001(c)(2) provides, in relevant part:

> If an appeal has been docketed and the parties to the appeal sign and file with the clerk of the district court . . . an agreement that the appeal be dismissed and pay any court costs or fees that may be due, the clerk of the district court . . . shall enter an order dismissing the appeal.

Fed.R.Bankr.P. 8001(c)(2).

3. The Appellant and Appellee agree to dismissal of the above-captioned appeal with prejudice, each to bear its own fees and costs.

| BLANK ROME LLP | REED SMITH LLP |
|---|---|
| By: /s/ David W. Carickhoff<br>Bonnie Glantz Fatell (No. 3809)<br>David W. Carickhoff (No. 3715)<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br><br>Counsel for Appellee, the Liquidating Trustee of the Estates of Datatec Systems, Inc. and Datatec Industries, Inc. | By: /s/ J. Cory Falgowski<br>Kurt F. Gwynne (No. 3951)<br>J. Cory Falgowski (No. 4546)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 1901<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>and<br><br>Claudia Z. Springer, Esquire<br>One Liberty Place<br>Philadelphia, PA 19103<br>Telephone: (215) 241-7946<br>Facsimile: (215) 851-1420<br><br>and<br><br>Paul M. Singer, Esquire<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>Counsel for Appellant, Technology Infrastructure Solutions, Inc. |